**Bufford MCDONALD, Appellant,**

v.

**Jay WINTERS, Sheriff, Pope County Sheriff's Department; John Does, Employees of the Pope County Sheriff's Department, Appellees.**

No. 01–1351.

United States Court of Appeals, Eighth Circuit.

Submitted June 18, 2001.

Decided June 20, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas inmate Bufford McDonald appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court. *See Liebe v. Norton,* 157 F.3d 574, 578 (8th Cir.1998) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**3.** Pursuant to 28 U.S.C. § 46(b), the Chief Judge certified the existence of a judicial emergency necessitating the designation of a panel consisting of fewer than two members of the Court of Appeals.

**1.** The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.